## GEORGE TAYLOR V. THE STATE.

In a trial for branding a colt, not the property of the accused, the only evidence was that of the owner of the animal, who testified that he found his colt branded with the brand of the defendant; that he had not authorized defendant or any one else to brand it; and that defendant afterwards told him of it, and bought the colt from him.

*Held*, that this proof negatived any criminal intent on the part of the defendant, and therefore no indictment should have been found against him ; for which reason, and because no venue was proved, the conviction is set aside, and the cause remanded.

APPEAL from Johnson.    Tried below before the Hon. Charles Soward.

The facts are obvious.    A new trial was refused by the court below.

*Hancock & West*, for the appellant.

*W. Alexander*, *Attorney General*, for the State.

WALKER, J.—There was no venue proven in this case, nor does the evidence show any fraudulent intent on the part of the appellant.   So soon as he discovered that he had branded a colt which did not belong to him, he went to the owner, explained the circumstances, and bought and paid for the colt.   No indictment should ever have been found against him.

The judgment of the district court is reversed and the cause remanded.

REVERSED AND REMANDED.